# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  09-cr-00116-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  EDUAN ZUNIGA-CARDONA,
      a/k/a Edvan Dan Zuniga-Cardona,

      Defendant.

## MINUTE ORDER[1]

On Wednesday, September 9, 2009, the court conducted a telephonic conference call with counsel to reset the sentencing hearing in the above-captioned matter.  After conferring with the parties, and with their consent,

**IT IS ORDERED** as follows:

1.  That the sentencing hearing is now set for **November 13, 2009**, commencing at 10:30 a.m.; and

2.  That the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated:  September 9, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.