IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:  November 13, 2009

Courtroom Deputy:  LaDonne Bush
Court Reporter:    Suzanne Claar
Interpreter:       Ruth Warner
Probation Officer: Michelle Means

Criminal Action No. 09-cr-00116-REB

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Joseph Mackey |
| Plaintiff, | |
| v. | |
| 1.  EDUAN ZUNIGA-CARDONA, | LaFonda Jones |
| Defendant. | |

## SENTENCING MINUTES

10:35 a.m.   Court in session.

Defendant is present in custody.

On May 18, 2009, the defendant plead guilty to the one-count Indictment.

Interpreter is qualified and sworn.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addenda.

Counsel for the government confirms that counsel has read the presentence report and addenda.

Counsel for the defendant informs the Court that counsel has read and discussed the presentence report and addenda with the defendant.

Defendant's counsel makes a statement on behalf of the defendant.

The defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The Court has considered all relevant matters of fact and law.

The Court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1, 1A, 2, and 2A is formally approved;

2. That the Motion for Non-Guideline Sentence (Doc. 24) is denied;

3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on the one-count Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **30 months**;

5. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **three years**; provided furthermore, that within 72 hours of defendant's release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the U.S. probation department within the federal district to which he is released;

6. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

    • all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

- all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

- the following explicit or special conditions of supervised release:

    - that the defendant shall not violate any federal, state, municipal, or local statute, regulation, or ordinance in any country or place where defendant may be during the term of supervised release;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm, destructive device or dangerous weapon as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

    - that If the defendant is removed from the United States, then he shall not return to this country without the advance express consent of the Secretary of the Department of Homeland Security or her designee;

    - that if the defendant is removed from this country and then granted such express consent to return, then he shall report to the nearest U.S. Probation Department within 72 hours of his lawful return to this country;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment of $100.00;

9. That the mandatory drug-testing provisions of 18 U.S.C. § 3583(d) are waived;

10. That presentence confinement shall be determined by the Bureau of Prisons; and

11. That the defendant is remanded to the custody of the United States Marshal.

The defendant waives formal advisement of his right to appeal the sentence.

11:05 a.m.     Court in recess.

Time: 00:40

Hearing concluded.